**Order entered July 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00676-CR

### EX PARTE JOHN RIVELLO

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. WX19-00076-L**

## ORDER

Before the Court is appellant's July 22, 2019 motion to extend the time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant's brief filed on or before **July 25, 2019**. The State's brief shall be due on or before **August 14, 2019**.

/s/     CORY L. CARLYLE
JUSTICE